COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
 
 




 

NO. 02-11-00214-CV 

 

 


 
 
 In re Nick Davila
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of mandamus and is of the
opinion that relief should be denied.[2] 
Accordingly, relator’s petition for writ of mandamus is denied.

PER CURIAM

 

PANEL: 
MCCOY, WALKER, and MEIER, JJ.

 

DELIVERED: 
July 5, 2011









          [1]See
Tex. R. App. P. 47.4, 52.8(d).





[2]See In re Sean Huston
Brown,
No. WR-75,485-01, 2011 WL 1417041, at *1–2 (Tex. Crim. App. Apr. 13, 2011,
order); see also Ex parte Crossley, 586 S.W.2d 545, 546 (Tex.
Crim. App. 1979) (stating, under the precedessor of code of criminal procedure article
42.03, section 2, that “[o]n the face of it, the applicant was not confined in
the same cause for which he was sentenced”).